IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON P. STONE,

    Petitioner,                    No. CIV S-10-3454 KJM GGH P

    vs.

M. MARTEL, et al.,

    Respondents.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 28, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed January 31, 2011, denying without prejudice plaintiff's motion to appoint counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 31, 2011, is affirmed.

DATED: June 6, 2011.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

GGH:014
ston3454.850