IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON P. STONE,

                Petitioner,                      No. CIV S-10-3454 KJM GGH P

     vs.

M. MARTEL, et al.,

                Respondents.          <u>ORDER</u>

_____/

          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus under 28 U.S.C. § 2254. On May 26, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed May 5, 2011, denying without prejudice plaintiff's motion to appoint counsel . As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 5, 2011, is affirmed.

DATED: June 21, 2011.

_____

UNITED STATES DISTRICT JUDGE

GGH:014
ston3454.850-2