IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON P. STONE,

    Petitioner,               No. CIV S-10-3454 KJM GGH P

    vs.

M. MARTEL, et al.,

    Respondents.           <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In recent months, petitioner has filed several motions in this action, all denied as meritless. (Doc. #34.) On June 7, 2011, petitioner filed yet another motion to "dismiss" a 2006 judgment by the Sacramento County Superior Court, despite this court's previous admonishment that the only way to achieve this result is to prevail on the merits of his § 2254 action; there are no shortcuts or alternatives such as filing a motion. (Doc. #45.) Similarly, on June 23, 2011, petitioner filed a "motion for relief including relief from custody." (Doc. #51.) The court does not look kindly upon petitioner's latest filings in this vein, which only serve to waste the resources of respondent and this court. These motions will be denied.

////

Petitioner has also moved to "amend his amended complaint."  (Doc. #53.) Because petitioner has already filed one amended petition and respondent has filed a motion to dismiss same, and because petitioner raises no new allegations that warrant amendment, this motion also will be denied.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Petitioner's June 7, 2011 motion to dismiss (Doc. #45) is denied;

2.  Petitioner's June 23, 2011 motion for relief including relief from custody (Doc. #51) is denied; and

3. Petitioner's June 30, 2011 motion to amend the amended complaint (Doc. #53) is denied.

DATED: June 13, 2011

       /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:014
ston3454.ord2